

**FILED**

07/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0166

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0166

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KYLE ALEXANDER HAMM,

      Defendant and Appellant.

FILED

JUL 21 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

## ORDER

---

Upon consideration of Appellant's motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Supplement the Record is GRANTED. Attachments B–E to Appellant's Motion shall be placed in the file of this Court for this cause.

Dated this 22rd day July, 2021.

_____
Justice